■ In the Matter of TROY SNEED, Petitioner, v BARRY A. COZIER, Respondent. [612 NYS2d 873] —Proceeding pursuant to CPLR article 78 in the nature of a writ of mandamus, inter alia, to compel the respondent to dismiss Kings County Indictment Number 3689/92.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioner has demonstrated no clear legal right to the relief sought (see, Matter of Molea v Marasco, 64 NY2d 718). Balletta, J. P., Ritter, Copertino and Goldstein, JJ., concur.